Todd E. Zenger (5238)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 212-2104
Email: tzenger@kmclaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LHF PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOES 1- 26,<br><br>　　　　Defendants. | Civil Action No. 2:16-CV-01071-PMW<br><br>Magistrate Judge Paul M. Warner<br><br>**COMBINED NOTICE OF RELATED CASES AND NOTICE OF MOTION TO TRANSFER THIS ACTION** |

Pursuant to DUCivR 83-2(g), this provides notice that a motion to transfer has been filed in *LHF Productions, Inc. v. Does 1-23,* 2:16-CV-00860-DBP to transfer this action to magistrate Judge Pead, because this action is substantially related to the lowered number case before judge Pead. (*See ECF No. 11).*

DATED this 19th day of October, 2016.

　　　　　　　　　　　　　　　　KIRTON McCONKIE

　　　　　　　　　　　　By:　　/s/Todd E. Zenger
　　　　　　　　　　　　　　　　Todd E. Zenger

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　LHF PRODUCTIONS, INC.