Todd E. Zenger (5238)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 212-2104
Email: tzenger@kmclaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1- 26, <br><br> Defendants. | Civil Action No. 2:16-CV-01071-DBP <br><br> Magistrate Judge Dustin B. Pead <br><br> **STIPULATION TO WITHDRAW MOTION TO QUASH [ECF 9] AND MOTION TO PROCEED ANONYMOUSLY [ECF 10]** |

Pursuant to agreement and settlement of the parties and pursuant to local rule DUCivR 7-1 (a)(2)(G), the parties through counsel stipulate and consent to the withdrawal of Doe 14's pending motion to quash ECF No. 9 and motion to proceed anonymously ECF No. 10.

All proceedings related to ECF Nos. 9-10 are hereby terminated.

DATED this 23rd day of December, 2016.

KIRTON McCONKIE

By: ___/s/Todd E. Zenger_____
      Todd E. Zenger

Attorney for Plaintiff
LHF PRODUCTIONS, INC.

MASCHOFF BRENNAN

By: ___/s/Michael A. Manookin_____
      Michael A. Manookin

Attorney for Doe 14